IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX GUZMAN RIVADENEIRA,
    Plaintiff,

vs.                        Case No. 3:15cv265/LAC/EMT

DEPARTMENT OF HOMELAND
SECURITY, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 13, 2015 (doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is transferred to the Eastern Division of the United States District Court for the Northern District of Illinois.

3.    All pending motions are **DENIED** without prejudice to Plaintiff's re-filing in the transferee court.

4.    The clerk of court is directed to close this file.

**DONE AND ORDERED** this 15th day of September, 2015.

                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**